|||
|---|---|
|1|SCOTT N. SCHOOLS, SBN SC 9990<br>United States Attorney|
|2|LUCILLE GONZALES MEIS, SBN CO 15153<br>Regional Chief Counsel, Region IX,|
|3|Social Security Administration<br>THEOPHOUS H. REAGANS CA189450|
|4|Special Assistant United States Attorney|

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAWNA J. PANZICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. C-06-6476 PVT <br><br> STIPULATION AND ~~PROPOSED~~ ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment. This extension is necessary in order to provide the opportunity for further review and analysis of this case. The current due date if April 11, 2007. The new due date will be May 10, 2007.

The parties stipulate that the Court's Scheduling Order will be modified accordingly.

///

///

///

///

The parties further stipulate that Plaintiff will return to Defendant a copy of this stipulation bearing Plaintiff's signature for retention in Defendant's case file. Defendant will e-file an electronic version of this stipulation pursuant to local rules.

Dated: *April 10, 2007*     /s/ *Harvey P. Sackett*
                                                (As authorized via facsimile on April 10, 2007)

                                          HARVEY P. SACKETT
                                          Attorney for Plaintiff

                                           SCOTT N. SCHOOLS
                                           United States Attorney

Dated: *April 10, 2007*     By:     /s/ *Theophous H. Reagans*
                                                THEOPHOUS H. REAGANS
                                               Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED.

Dated: _April 11, 2007_____     *[signature: Patricia V. Trumbull]*
                                               PATRICIA V. TRUMBULL
                                             United States District Judge