1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN CA189450
4  Special Assistant United States Attorney

5   333 Market Street, Suite 1500
    San Francisco, California 94105
6   Telephone: (415) 977-8943
    Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12  SHAWNA PANZICA,                )
                                   )
13      Plaintiff,                 )   CIVIL NO. C-06-6476 PVT
                                   )   ORDER ON
14      v.                         )   **STIPULATION FOR VOLUNTARY**
                                   )   **REMAND PURSUANT TO**
15  MICHAEL J. ASTRUE,             )   **SENTENCE FOUR OF 42 U.S.C.**
    Commissioner of Social Security, ) **§ 405(g) AND TO ENTRY OF**
16                                 )   **JUDGMENT**
        Defendant.                 )
17  _____)

18      **IT IS STIPULATED** by and between plaintiff Shawna Panzica (Plaintiff) and defendant Michael
19  J. Astrue, Commissioner of Social Security (Defendant), through their undersigned counsel of record, that
20  the above-entitled action shall be remanded to the Commissioner of Social Security for further
21  administrative proceedings.
22      The parties have agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C.
23  § 405(g). On remand, the administrative law judge should: 1) re-evaluate the opinions of all the medical
24  sources and discuss the weight assigned to each opinion and in particular, the ALJ should explain the weight
25  given to the opinions of Drs. Smith, Murillo, and Hutchins; 2) provide a function by function analysis of
26  the claimant's mental and physical residual functional capacity on and after July 17, 2004; 3) obtain
27  supplemental vocational expert testimony and, if warranted, pose a supplemental hypothetical question that
28  includes all of the claimant's limitations; and 4) otherwise develop the record as needed and fully articulate

the basis for the decision.

    This stipulation constitutes a remand under the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: May  , 2007

                                              /s/
                                              (*Authorized via fax*)
                                              HARVEY P. SACKETT
                                              Attorney for plaintiff

                                              SCOTT N. SCHOOLS
                                              United States Attorney

Dated: May 3, 2007                             By:     */s/ Theophous Reagans*
                                                              THEOPHOUS H. REAGANS
                                                              Special United States Attorney
                                                              Attorney for Defendant

PURSUANT TO STIPULATION, IT IS ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated:  5/7/07                                              *Patricia V. Trumbull*
                                                      PATRICIA V. TRUMBELL
                                                      United States Magistrate Judge