SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS CA189450
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAWNA J. PANZICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO. C-06-6476 PVT<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that counsel for Plaintiff be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of FOUR THOUSAND, SEVEN HUNDRED AND FIFTY DOLLARS ($4,750.00), and $373.48 in costs. These amounts represent compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d), and all costs associated with the civil action, in accordance with 28 U.S.C. 28 U.S.C. § 2414 and 31 U.S.C. § 1304.

This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action.

1  Any payment shall be made to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's
2  counsel.
3     This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act
4  attorney fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

6  Dated: *September 21, 2007*        */s/ Harvey P. Sackett*
                                      *(As authorized via telephone on September 20, 2007)*
7                                     HARVEY P. SACKETT
8                                     Attorney for Plaintiff

9                                     KEVIN V. RYAN
10                                    United States Attorney

11 Dated: *September 21, 2007*        By: *Theophous H. Reagans*
12                                    THEOPHOUS H. REAGANS
                                      Special Assistant United States Attorney

15 PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff shall be awarded
16 attorney fees in the amount of FOUR THOUSAND, SEVEN HUNDRED AND FIFTY DOLLARS
17 ($4,750.00), as authorized by 28 U.S.C. § 2412(d), and THREE HUNDRED SEVENTY THREE
18 DOLLARS AND FORTY-EIGHT CENTS ($ 373.48) in costs, as authorized by 28 U.S.C. § 2414 and
19 31 U.S.C. § 1304 subject to the terms of the above-referenced Stipulation.

23 Dated: 9/24/07                      *Patricia V. Trumbull*
                                       PATRICIA V. TRUMBULL
24                                     United States District Judge

2